IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NCS HEALTHCARE OF MARYLAND, INC. | * | |
| v. | * | Civil No. JFM-01-2915 |
| MCCREADY FOUNDATION, INC. | * | |

*****

## MEMORANDUM

On November 16, 2001 plaintiff filed a request for entry of default and a motion for entry of default judgment. On November 26, 2001, defendant filed an answer.

Defendant's answer is untimely. However, in light of the policy favoring resolution of disputes on the merits, defendant's request for entry of default and motion for entry of default judgment will be denied.

_____
J. Frederick Motz
United States District Judge

