IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NCS HEALTHCARE OF MARYLAND, INC. | *<br>*<br>* |
| v. | * Civil No. JFM-01-2915<br>* |
| MCCREADY FOUNDATION, INC. | * |

*****

ORDER

For the reasons stated in the accompanying memorandum, it is, this 7th day of December 2001

ORDERED that plaintiff's request for entry of default and motion be denied.

_____
J. Frederick Motz
United States District Judge

