UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NCS HEALTHCARE OF MARYLAND, INC., an
Ohio Corporation, d/b/a APPLE INSTITUTIONAL
PHARMACY
3201 Enterprise Parkway, #220
Beachwood, Ohio 44122
Attn: Mary Beth Levine/David Stacy

     *Plaintiff,*

vs.

McCREADY FOUNDATION, INC.,
a Maryland Corporation, d/b/a THE
EDWARD W. McCREADY MEMORIAL
HOSPITAL, d/b/a PEYTON
PSYCHOGERIATRIC CENTER, and
d/b/a ALICE BYRD TAWES
NURSING HOME,

     *Defendant.*

Case No.: JFM-01-CV 2915
Hon. J. Frederick Motz

## STIPULATION AND ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT

This matter having come before the Court upon the stipulation Plaintiff and Defendant for Leave to File a First Amended Complaint, certain parts of this action having been resolved, Defendant having consented to the relief sought, the Court having read same and being otherwise fully and duly advised in the premises;

NOW, THEREFORE:

1. NCS HealthCare of Maryland, Inc. ("NCS") shall be and is hereby granted leave to file a First Amended Complaint.

2. NCS shall file and serve the First Amended Complaint on Defendant within



fourteen (14) days of entry of this Order.

Dated 1/14/02

_____
U.S. DISTRICT COURT JUDGE

**STIPULATED FOR ENTRY:**

_____
Judith Greenstone Miller (P29208)   *by permission of/for*
Dennis W. Loughlin (P57084)
RAYMOND & PROKOP, P.C.
26300 Northwestern Hwy, 4th Floor
P.O. Box 5058
Southfield, MI 48086-5058
Telephone: (248) 357-3010
Fax: (248) 357-2720

_____
Brooke Schumm III (Federal Bar No. 05001)
DANEKER, McINTIRE, SCHUMM, PRINCE, GOLDSTEIN,
MANNING & WIDMANN, P.C.
210 Charles St., Suite 800
Baltimore, MD 21201
Telephone: (410) 649-4761
Fax: (410) 649-4756
*Attorneys for Plaintiff, NCS HealthCare of Maryland, Inc.*

_____
Charles A. Bruce, Esq. (Federal Bar No. 10828)   *by permission per attached fax  BSchumm*
JONES & BRUCE, P.A.
11739 Somerset Avenue
Princess Anne, MD 2183-0567
410-651-2747 - 410-651-9476 (Fax)
*Attorneys for Defendant.*

::ODMA\MHODMA\main;338937;1