UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

February 12, 2002

MEMO TO COUNSEL RE: NCS Healthcare of Maryland, Inc. v. McCready Foundation, Inc.
Civil No. JFM-01-2915

Dear Counsel:

In accordance with your joint request, the Scheduling Order is hereby modified as follows:

| | |
|---|---|
| June 7, 2002 | Discovery deadline; status report due |
| July 9, 2002 | Summary judgment motions deadline (subject to the procedure set forth in L.R. 105.2.c) |

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J/Frederick Motz
United States District Judge

cc: Court File