UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NCS HEALTHCARE OF MARYLAND, INC., an
Ohio Corporation, d/b/a APPLE INSTITUTIONAL
PHARMACY
3201 Enterprise Parkway, #220
Beachwood, Ohio 44122
Attn: Mary Beth Levine/David Stacy

        *Plaintiff,*

vs.

McCREADY FOUNDATION, INC.,
a Maryland Corporation, d/b/a THE
EDWARD W. McCREADY MEMORIAL
HOSPITAL, d/b/a PEYTON
PSYCHOGERIATRIC CENTER, and
d/b/a ALICE BYRD TAWES
NURSING HOME,

        *Defendant.*

Case No.: JFM-01-CV 2915
Hon. J. Frederick Motz

## STIPULATION AND ORDER GRANTING PLAINTIFF
## ADDITIONAL TIME TO ANSWER FIRST AMENDED COMPLAINT

NCS Healthcare of Maryland, Inc., Plaintiff, and Defendant McCready Foundation, Inc., by their undersigned counsel stipulate and agree that, with respect to the First Amended Complaint filed by Plaintiff, the time to answer or otherwise plead should be enlarged to and including March 1, 2002.

Dated: Feb 25, 2002

_____
U.S. DISTRICT COURT JUDGE

**STIPULATED FOR ENTRY:**

_____
Judith Greenstone Miller (P29208) by permission BJF

Dennis W. Loughlin (P57084)
RAYMOND & PROKOP, P.C.
26300 Northwestern Hwy, 4th Floor
P.O. Box 5058
Southfield, MI 48086-5058
Telephone: (248) 357-3010
Fax: (248) 357-2720

_____
Brooke Schumm III (Federal Bar No. 05001)
DANEKER, McINTIRE, SCHUMM, PRINCE, GOLDSTEIN,
MANNING & WIDMANN, P.C.
210 Charles St., Suite 800
Baltimore, MD 21201
Telephone: (410) 649-4761
Fax: (410) 649-4756
*Attorneys for Plaintiff, NCS HealthCare of Maryland, Inc.*

_____
Charles A. Bruce, Esq. (Federal Bar No. 10828)
JONES & BRUCE, P.A.
11739 Somerset Avenue
Princess Anne, MD 2183-0567
410-651-2747 - 410-651-9476 (Fax)
*Attorneys for Defendant.*

::ODMA\MHODMA\main;338937;1