**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED

**NCS HEALTHCARE OF MARYLAND, INC., an**
**Ohio corporation, d/b/a APPLE INSTITUTIONAL**
**PHARMACY**
**3201 Enterprise Parkway, #220**
**Beachwood, Ohio 44122**
**Attn:  Marybeth Levine/David Stacy**

Plaintiff,                    **Case No. JFM 01 CV 2915**

vs.

**McCREADY FOUNDATION, INC.,**
**a Maryland Corporation, d/b/a THE**
**EDWARD T. McCREADY MEMORIAL**
**HOSPITAL, d/b/a PEYTON**
**PSYCHOGERIATRIC CENTER, and**
**d/b/a ALICE BYRD TAWES**
**NURSING HOME.**

**Serve On:  Jack A. Willing, Jr., Esq .**
**11739 Somerset Ave.**
**P.O. Box 567**
**Princess Anne, MD  21853**

**Defendants.**

JUDGMENT OF CONDEMNATION ABSOLUTE
WITH RESPECT TO WRIT OF GARNISHMENT

UPON THE MOTION OF Plaintiff and Judgment Creditor NCS Healthcare

of Maryland, for entry of judgment of condemnation absolute upon the writ of

garnishment served upon Capitol Securities Management, Inc. pursuant to Fed.

R. Civ. Pro. 69 as it adopts Md. R. 2-645, the Court finding that the Court entered

a final partial summary judgment in favor of Plaintiff by stipulation on or about

January 4, 2002, that the Court issued a Writ of Garnishment directed to Capitol

Securities Management, Inc., which Writ was served upon Daniel S. Collins, Vice

1



President and Assistant Manager at 935 Mt. Hermon Rd., Salisbury, MD on April

11, 2002, and immediately thereafter on Judgment Debtor's counsel, as

evidenced by the Certificate of Service filed in this Court, that no answer,

defense, or other motion has been filed in this Court within the time set forth on

the Writ of Garnishment by any person, that it appears assets had been held as

of February 28, 2002 in the name of the Judgment Debtor by Capital Securities

Management, Inc. in the amount of approximately $1,500,000.00 and the request

for judgment of condemnation absolute being less than the amount requested to

be held in the uncontested writ, it is this _/;/L_day of July, 2002 hereby

ORDERED:

Pursuant to Md. R. 2-645(f) and 2-645(j), judgment is entered against

garnishee Capitol Securities Management, Inc. in the amount of **$466,643.45,**

plus costs of enforcement of $——.

_____
**UNITED STATES DISTRICT JUDGE**
**J. FREDERICK MOTZ**

**CC:**
RAYMOND & PROKOP, P.C.
JUDITH GREENSTONE MILLER (P29208)
DENNIS W. LOUGHLIN (P57084)
Raymond & Prokop, P.C.
26300 Northwestern Hwy., 4th Floor
P.O. Box 5058
Southfield, MI 48086-5058
(248) 357-3010 (248) 357-2720 (Fax)
Attorneys for Plaintiff

DANEKER, MCINTIRE, SCHUMM, PRINCE
GOLDSTEIN, MANNING & WIDMANN, P.C.
BROOKE SCHUMM, III
Fed Bar. No. MD 05001

2

Daneker, McIntire, Schumm, Prince
Goldstein, Manning & Widmann, P.C.
210 N. Charles Street, Suite 800
Baltimore, MD 21201
Attorney for Plaintiff
(410) 649-4761

Jack A. Willing, Jr., Esq .
11739 Somerset Ave.
P.O. Box 567
Princess Anne, MD 21853
Attorney for Defendant, McCready Foundation, Inc., d/b/a The Edward W.
McCready Memorial Hospital, d/b/a Peyton Psychogeriatric Center, and d/b/a
Alice Byrd Tawes Nursing Home.

Capitol Securities Management, Inc.
Attn: Daniel S. Collins, Vice President and Assistant Manager
935 Mt. Hermon Rd.
Salisbury, MD 21804