IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NCS HEALTHCARE OF MARYLAND    *
                                               *
     v.                                   *    Civil No. JFM-01-2915
                                               *
MCCREADY FOUNDATION, INC.      *
                                            *****

ORDER

     McCready Foundation, Inc. having filed a motion to have the judgment marked settled and satisfied and plaintiff not having opposed the motion, it is, this 6th day of January 2004

     ORDERED that McCready Foundation's motion is granted.

/s/
J. Frederick Motz
United States District Judge